**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  12 CV 00648-RBJ

XYZ SUBDIVISION LAND COMPANY, LLC a Colorado limited liability company,

    Plaintiff,

vs.

CARL FERENBACH and
JUDY FERENBACH

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come on regularly before the Court on a Joint Motion for Dismissal with Prejudice filed by Plaintiff and Defendants and the Court having considered the motion and deeming itself fully advised in the premises; Now Therefore, it is hereby

ORDERED that the above captioned Civil Action be and the same is hereby dismissed with prejudice with each party to bear its respective attorney fees and costs.

DATED at Denver, Colorado, this 7th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1

-2-

APPROVED:

_____
Timothy W. Gordon
HOLLAND & HART LLP
Post Office Box 8749
Denver, CO 80201-8749
Telephone: 303-295-8000
Attorney for Plaintiff – XYZ Subdivision Land Company, LLC

_____
Ramon M. Escure
P.O. Box 2542
222 West Colorado Avenue, Unit 2
Telluride, Colorado 81435
Telephone  970.728.6116
Attorney for Defendants Carl Ferenbach and Judy Ferenbach

_____
Jerome C. Katz
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Telephone: 212-596-9000
Attorney for Defendants Carl Ferenbach and Judy Ferenbach